JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00456-CJC-JDE | Date | 4/16/2021 |
| Title | JAMES SHAYLER V. MARIA ADAN TORRES ET AL | | |

Present: The Honorable CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION ON AMENDED NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES

Having been advised by a Amended Notice of Settlement and Request to Vacate All Currently Set Dates [16] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

_ : _

Initials of Deputy Clerk:  cw